# EXHIBIT B

DocuSign Envelope ID: ADBFE0CB-9761-459F-9A59-99B406B04C39

**Tiered Land Trust Agreement**

**Dated September 13, 2023**

This Trust Agreement is made on this 13th day of September 2023 to certify that CRESCENT SOUND LTD., hereinafter called *Trustee,* as Trustee, is about to take title to the following: property described on Exhibit A attached hereto and made a part of this Agreement, consisting all the issued and outstanding stock of Holly Bluff Marina, Inc. located in Volusia County, FL, and twenty-six condominium and townhomes located at Cape Crossing Resort & Marina, in Brevard County FL (collectively the "Trust Property").

This Trust Agreement is to further certify that, when Trustee has taken the title to the described real estate, or to any of the real estate deeded to it as Trustee, Trustee will hold it for the uses and purposes and on the trusts set forth in this Agreement.

**1. Beneficiaries**

The following named persons are the Beneficiaries of this Trust, and as such shall be entitled to the earnings and proceeds of the Trust property according to the respective interests, as follows:

| Name & Address | Interest |
|---|---|
| Homemakers Real Estate, LLC<br>2875 S. ORANGE AVE, STE. 500<br>#6409, ORLANDO, FL | 100% as to the real estate property (26 units) |
| A Marine, Inc.<br>19589 NE 10th Ave.<br>Miami FL 33179 | 100% as to the stock of Holly Bluff Marina |
| Yaniv Amar<br>3475 Mystic Pointe Dr. #10<br>Aventura, FL 33180 | 100% as to the shares of Recycled Group of South Carolina |
| Tiered Capital<br>5526 Hansel Ave.<br>Orlando, FL 32809 | 100% as to the shares of Cape Crossing Vacation Rentals |

**2. Interests of Beneficiaries as Personalty**

The interests of the Beneficiaries shall consist solely of a power of direction to deal with title to the Trust property, a power to manage and control the property as provided in this Agreement and the right to receive the proceeds from rentals and from mortgages, sales, or other disposition of the property. The right to the proceeds of the property shall be deemed to be personal property and may be assigned and transferred as such. In case of the death of any Beneficiary during the existence of this Trust, the Beneficiary's right and interest under this Agreement shall, except as otherwise specifically provided, pass to the Beneficiary's executor or administrator, and not to his or her heirs at law. No Beneficiary now has or shall have any right, title, or interest in or to any proportion of any real estate as such, either legal or equitable, but only an interest in the earnings and proceeds of the real estate.

**3. Death of Beneficiary**

The death of any Beneficiary shall not terminate the Trust or in any manner affect the powers of Trustee.

**4. Assignment of Beneficial Interests**

No assignment of any beneficial interests under this Agreement shall be binding on Trustee until the original or duplicate of the assignment in a form satisfactory to Trustee is delivered to Trustee. Any assignment not so delivered to Trustee shall be void as to all subsequent assignees or purchasers without notice.

**5. Income Tax Returns**

Trustee shall not be obligated to file any income, profit, or other tax reports or schedules. The Beneficiaries shall individually make all such reports, and pay any and all taxes on the earnings and proceeds of the trust property or growing out of their interest under this Agreement.

**6. Reimbursement and Indemnification of Trustee**

If Trustee makes any advances of money on account of this Trust, is made a party to any litigation on account of holding title to the real estate or in connection with this Trust, or if Trustee is compelled to pay any sum of money on account of this Trust, whether on account of a breach of contract, injury to personal property, fines or penalties under any law, or otherwise, the Beneficiaries will on demand pay to Trustee, with interest at the rate of ten percent per year, all such disbursements or advances or payments made by Trustee, together with Trustee's expenses, including reasonable attorney fees. Trustee shall not be called on to convey or otherwise deal with the trust property at any time held under this Agreement until all of the disbursements, payments, advances, and expenses made or incurred by Trustee have been fully paid, together with interest. Trustee shall not be required to advance or to pay out any money on account of this trust or to prosecute or defend any legal proceedings involving this trust or any property or interest under this Agreement unless Trustee is furnished with funds sufficient for the same or is satisfactorily indemnified.

**7. Protection of Third Parties**

No party dealing with Trustee in relation to the Trust property in any manner whatsoever, and no party to whom the property or any part of or interest in it is conveyed, contracted to be sold, leased, or mortgaged by Trustee, shall be obliged to see to the application of the purchase money paid or to inquire into the necessity or expediency of any act of Trustee or the provisions of this instrument.

**8. Recordation**

This Agreement shall not be placed on record in the recorder's office of the county in which the Trust property is situated, or elsewhere. Any such recording shall not be considered as notice of the rights of any person under this Agreement derogatory to the title or powers of Trustee.

**9. Disclosure of Beneficiaries' Names**

In the event of service of process on Trustee at any time, Trustee may in its discretion disclose to the other parties to any such proceeding the names and addresses of the Beneficiary or Beneficiaries.

**10. Resignation of Trustee**

Trustee may resign at any time by sending a notice of its intention to do so by registered mail to each of the Beneficiaries at his or her address last known to Trustee. Such resignation shall become effective ten days after the mailing of the notices. In the event of the Trustee's resignation, a successor or successors may be appointed by the person or persons then entitled to direct Trustee in the disposition of the Trust property. Trustee shall then convey the Trust property to such successor or successors in trust. If no successor in trust is named within ten days after the mailing of the notices, Trustee may convey the Trust property to the Beneficiaries in accordance with their respective interests under this Agreement, or Trustee may, at its option, file a bill for appropriate relief in any court of competent jurisdiction. Notwithstanding the resignation of Trustee, Trustee shall continue to have a first lien on the Trust property for its costs, expenses, and attorney fees, and for its reasonable compensation. Every successor or successors in trust shall become fully vested with all the estate, properties, rights, powers, trusts, duties, and obligations of its, his, her or their predecessor.

**11. Duties of Trustee**

Trustee assumes and agrees to perform the following active and affirmative duties under this Agreement:

A. Upon receipt of written direction from a beneficiary hereunder, Trustee shall execute such instruments as shall be necessary:

1. To protect and conserve the Trust property;

2. To sell, contract to sell, and grant options to purchase the property and any right, title or interest in the property on any terms;

3. To exchange the property or any part of it for any other real or personal property on any terms;

4. To convey the property by deed or other conveyance to any grantee, with or without consideration;

5. To mortgage, execute principal and interest notes, pledge or otherwise encumber the property or any part of it;

6. To lease, contract to lease, grant options to lease and renew, extend, amend, and otherwise modify leases on the property or any part of it, for any period of time, for any rental, and on any other terms and conditions; and

7. To release, convey, or assign any other right, title, or interest whatsoever in the property or any part of the property.

B. Any and all trust deeds, mortgages, and notes executed by Trustee shall contain provisions exempting and exonerating the Beneficiaries under this Trust from all personal obligation and liability whatsoever by reason of the execution of the same and from any and all personal obligation or liability for the repayment of the borrowed money evidenced and secured by the same.

C. Trustee shall not be required to inquire into the authenticity, necessity, or propriety of any written direction delivered to it pursuant to this section or otherwise under this Agreement. Any Beneficiary who is not vested with the foregoing power of direction may, by a written notice delivered to Trustee, prevent Trustee from dealing with title to the Trust property except on the written collective direction of all the Beneficiaries under this Agreement.

D. If any property remains in trust twenty years from the date of this Agreement, Trustee shall promptly sell the same at public sale after a reasonable public advertisement and reasonable notice of the sale to the Beneficiaries. After deducting its reasonable fees and expenses and satisfying all lien holders, Trustee shall divide the proceeds of the sale among the Beneficiaries as their interests may then appear without any direction or consent whatsoever, or shall transfer, set over, convey, and deliver to all the then Beneficiaries of this trust their respective undivided interest in any nondivisible assets, or shall transfer, settle, and deliver all of the assets of the Trust to the Beneficiaries in their respective proportionate interests at any time that the assets of the Trust consist solely of cash.

**12. Management and Operation of Trust Property**

The Beneficiaries shall, in their own right, have full and exclusive control over the management and operation of the Trust property and control of the sale, rental, or other disposition of it. Each Beneficiary, or his or her agent, shall collect and otherwise handle his or her share of the rents and proceeds and the proceeds of any sale or other disposition. Trustee shall have no duty respecting the payment of taxes, insurance premiums, or other costs or charges against or concerning the Trust property.

Notwithstanding the foregoing, upon receipt of written instructions from the Beneficiaries, Trustee must manage and execute the Trust Property accordingly.

**13. Compensation of Trustee**

The Beneficiaries shall pay Trustee as its compensation the following: Reasonable compensation for any regular and/or special services that may be rendered by Trustee under this Agreement, and for taking and holding title to any other property that may later be conveyed to Trustee.

**14. Binding on Successors**

The terms and conditions of this Agreement shall inure to the benefit of and be binding on any successor Trustee and on all successors in interest of the Beneficiaries.

DocuSign Envelope ID: ADBFE0CB-9761-459F-9A59-99B406B04C39

**15. Governing Law**

This Agreement shall be construed and regulated, and its validity and effect shall be determined, by the laws of the State of Florida as such laws may from time to time exist.

**On this 13th day of September 2023 the undersigned beneficiaries and trustee execute this Agreement.**

**BENEFICIARY:**

**HOMEMAKERS REAL ESTATE, LLC**

DocuSigned by:
Horton S. Johnson
ED9DF901DDEE48B...

Horton S. Johnson, Manager

Gabrielle Milotte
Witness 1 Signature

Gabrielle Milotte
Printed Name of Witness

Witness 2 Signature

Anthony Amodeo
Printed Name of Witness

**BENEFICIARY:**

**CAPE CROSSING VACATION RENTALS, LLC**

DocuSigned by:
Martin C. Flynn, Jr.
8788014E49D94EA...

Martin C. Flynn, Manager

Gabrielle Milotte
Witness 1 Signature

Gabrielle Milotte
Printed Name of Witness

Witness 2 Signature

Anthony Amodeo
Printed Name of Witness

DocuSign Envelope ID: ADBFE0CB-9761-459F-9A59-99B406B04C39

**BENEFICIARY:**

**TIERED CAPITAL, INC.**

DocuSigned by:
Martin C. Flynn, Jr.
678B014E49D94EA...

Martin C. Flynn, President

Witness 1 Signature

Gabrielle Milotte
Printed Name of Witness

Witness 2 Signature

Anthony Amodeo
Printed Name of Witness

**BENEFICIARY:**

**A MARINE, INC.**

DocuSigned by:
By: Yaniv Amar
E28532B6EC5F4F8...

Yaniv Amar, President

Witness 1 Signature

Gabrielle Milotte
Printed Name of Witness

Witness 2 Signature

Anthony Amodeo
Printed Name of Witness

**BENEFICIARY:**

**RECYCLED GROUP OF SOUTH CAROLINA, LLC**

DocuSigned by:
Yaniv Amar
E28532B6EC5F4F8...

Yaniv Amar, Manager

Witness 1 Signature

Gabrielle Milotte
Printed Name of Witness

Witness 2 Signature

Anthony Amodeo
Printed Name of Witness

DocuSign Envelope ID: ADBFE0CB-9761-459F-9A59-99B406B04C39

**TRUSTEE:**

**CRESCENT SOUND, LTD.**

______________________________
Kenneth G. Dixon, General Partner

______________________________
Witness 1 Signature

______________________________
Printed Name of Witness

______________________________
Witness 2 Signature

______________________________
Printed Name of Witness

DocuSign Envelope ID: ADBFE0CB-9761-459F-9A59-99B406B04C39

**STATE OF FLORIDA**
**COUNTY OF** Orange

✓ THE FOREGOING INSTRUMENT WAS sworn to (or affirmed) and subscribed before me by means of ✓ physical presence or __ online notarization on September 13, 2023, by Yaniv Amar.

Janelle Morea
Notary Public
State of Florida
Comm# HH077342
Expires 1/5/2025

J Morea
Notary Public, State of Florida
Name: Janelle Morea
(Please print or type)

Commission Number: HH077342
Commission Expires: 1/5/2025

Notary: Check one of the following:
____ Personally known OR
✓ Produced Identification (if this box is checked, fill in blank below).
Type of Identification Produced: License

**STATE OF FLORIDA**
**COUNTY OF** Orange

THE FOREGOING INSTRUMENT WAS sworn to (or affirmed) and subscribed before me by means of ✓ physical presence or __ online notarization on September 13, 2023, by Horton S. Johnson.

Janelle Morea
Notary Public
State of Florida
Comm# HH077342
Expires 1/5/2025

J Morea
Notary Public, State of Florida
Name: Janelle Morea
(Please print or type)

Commission Number: HH077342
Commission Expires: 1/5/2025

Notary: Check one of the following:
____ Personally known OR
✓ Produced Identification (if this box is checked, fill in blank below).
Type of Identification Produced: License

**STATE OF FLORIDA**
**COUNTY OF** Orange

THE FOREGOING INSTRUMENT WAS sworn to (or affirmed) and subscribed before me by means of ✓ physical presence or __ online notarization on September 13, 2023, by Martin C. Flynn, Jr..

Janelle Morea
Notary Public
State of Florida
Comm# HH077342
Expires 1/5/2025

J Morea
Notary Public, State of Florida
Name: Janelle Morea
(Please print or type)

Commission Number: HH077342
Commission Expires: 1/5/2025

Notary: Check one of the following:
____ Personally known OR
✓ Produced Identification (if this box is checked, fill in blank below).
Type of Identification Produced: License

DocuSign Envelope ID: ADBFE0CB-9761-459F-9A59-99B406B04C39

**STATE OF FLORIDA**
**COUNTY OF ________________**

THE FOREGOING INSTRUMENT WAS sworn to (or affirmed) and subscribed before me by means of ____ physical presence or __ online notarization on September ____, 2023, by Kenneth G. Dixon.

______________________________
Notary Public, State of Florida
Name: __________________________
(Please print or type)

Commission Number:
Commission Expires:

Notary: Check one of the following:
____ Personally known OR
____ Produced Identification (if this box is checked, fill in blank below).
Type of Identification Produced: ________________________________

DocuSign Envelope ID: ADBFE0CB-9761-459F-9A59-99B406B04C39

**JOINT BENEFICIARY INSTRUCTIONS TO TRUSTEE REGARDING TRUST PROPERTY:**

On this 14th day of September 2023, the undersigned beneficiaries, constituting 100% of the beneficiaries under the Tiered Land Trust Agreement created as of the date hereof, hereby adopt a resolution to sell two Cape Crossing Resort and Marina townhome/condominium units ("Units') each month commencing with the date hereof in its effort satisfy the debts and obligations set forth on the attached schedule. Units should continue to be marketed for sale, with two new units being listed each month.

The intention of the beneficiaries is to pay off the indebtedness in accordance with the loan agreement entered into on this date.

All of the shares of stock constituting trust property should be held in trust, and only released in the event of either the termination of the loan agreement, or a default under the loan agreement, and/or any of its related loan documentation.

The beneficiaries further acknowledge and provide notice that the first mortgages on the Units will be timely paid. If the collected rents of Cape Crossing Vacation Rentals, LLC are insufficient to pay the existing first mortgages, Homemakers Real Estate, LLC as the sole beneficial owner of said Units will ensure that the mortgages are paid to prevent a default under the loan agreement entered into on this date.

This shall further serve as notice of the realtor and listing agreement handling the sale of the units.

By signature hereto, the Trustee is authorized and directed to take the necessary action to effectuate this plan effective on this 14th day of September 2023.

**HOMEMAKERS REAL ESTATE, LLC**

DocuSigned by:
Horton S. Johnson
Horton S. Johnson, Manager

**TIERED CAPITAL, INC.**

DocuSigned by:
Martin C. Flynn, Jr.
8768014E49D94EA...
Martin C. Flynn, President

**A MARINE, INC.**

DocuSigned by:
By: Yaniv Amar
E2859266EC5F4F8...
Yaniv Amar, President

**CAPE CROSSING VACATION RENTALS, LLC**

DocuSigned by:
By: Martin C. Flynn, Jr.
8768014E49D94EA...
Martin C. Flynn, Jr.

**RECYCLED GROUP OF SOUTH CAROLINA, LLC**

DocuSigned by:
By: Yaniv Amar
E2859266EC5F4F8...

Yaniv Amar, Manager

Realtor Contact:

______________________________

______________________________

______________________________