# EXHIBIT C

DocuSign Envelope ID: 9078288B-FE20-4A15-A658-110FB6D3929D

**Assignment of Beneficial Interest in Trust**

I, Horton S. Johnson, as Manager of Homemakers Real Estate, LLC, a Florida limited liability company, in consideration of the loan accommodations made by PEDIXON, LLC, a Florida limited liability company, and in furtherance of the terms and conditions set forth in the loan agreement dated September 13, 2023, do now assign unto CRESCENT SOUND, LTD., as Trustee of the TIERED LAND TRUST U/T/D 9/13/2023 all my right, title and interest in and to the real property more particularly described on Exhibit A attached hereto, and incorporated herein.

I have executed this assignment in Orlando, Florida on this 13th day of September 2023.

DocuSigned by:
Horton S. Johnson
ED9DF901DD5E48B...

*Horton S. Johnson*
*Manager of*
*Homemakers Real Estate, LLC*

STATE OF FLORIDA
COUNTY OF Orange

THE FOREGOING INSTRUMENT WAS sworn to (or affirmed) and subscribed before me by means of ✓ physical presence or __ online notarization on September 13, 2023, by Horton S. Johnson.

Janelle Morea
Notary Public
State of Florida
Comm# HH077342
Expires 1/5/2025

[signature]
Notary Public, State of Florida
Name: Janelle Morea
(Please print or type)

Commission Number: HH077342
Commission Expires: 1/5/2025

Notary: Check one of the following:
____ Personally known OR
✓ Produced Identification (if this box is checked, fill in blank below).
Type of Identification Produced: License

DocuSign Envelope ID: 9078288B-FE20-4A15-A658-110FB6D3929D

EXHIBIT A
LEGAL DESCRIPTION

(26 UNITS)