# EXHIBIT D

**ALISON PITKANEN LAW FIRM LLC**
**1980 N. Atlantic Ave, Suite 328, Cocoa Beach, FL 32931**
**Phone: (407) 449-0037**
**Email: alisonpitkanen@gmail.com**

December 20, 2023

Tiered Capital, Inc.

Sent Via Email to: Martin C. Flynn, Jr., Horton S. Johnson and Yaniv Amar
martyf@sherwoodconstruction.net; wjohnsonbbf@gmail.com; yamarllc@gmail.com

RE: PEDIXON LLC ("PEDIXON") loan to Tiered Capital, Inc. ("Tiered") as consolidated in September 2023 (the "Consolidated Loan") for a total loan amount of Ten Million Six Hundred Twenty-Five Thousand Dollars and No/Cents ($10,625,000) (the "Total Loan Amount").

Dear Gentlemen:

This shall serve as notice that the Consolidated Loan, and all its underlying loans, are currently in default. Please be advised that the following individuals are each **personally liable** for payment of the Total Loan Amount: Martin C. Flynn, Jr. ("Flynn"), Horton S. Johnson ("Johnson") and Yaniv Amar ("Amar").

There have been several defaults under the Consolidated Loan regarding non-payment of indebtedness, termination of the leases and management of the depository accounts. Ultimately, Tiered has failed to pay PEDIXON the November 2023 and the December 2023 payments; and all of the payments made with the rents generated from Cape Crossing Vacations Rentals, LLC since November 1, 2023 are an express violation of the Consolidated Loan.

IMQA Investments Incorporated ("IMQA") has been notified as a guarantor under the Consolidated Loan, and it has agreed to work with PEDIXON in its efforts to enforce the Consolidated Loan.

Consequently, from this date forward, PEDIXON will have exclusive control over the income generated from Beachside Vacation Rentals, LLC ("Beachside") for its rental of the twenty-seven condominiums and townhomes subject to the Consolidated Loan. Beachside has already been notified, and it has agreed to deliver all rental monies directly to Alison Pitkanen Law Firm for the benefit of PEDIXON. All Tiered agents and employees should be notified immediately to ensure there is no longer any apparent confusion over the management of the rental monies generated from these units.

In addition, please be advised that PEDIXON is further exploring all options under the Consolidated Loan, which include, but are not limited to the following remedies. You will be notified accordingly depending on how PEDIXON chooses to proceed.

- Enforcement of Flynn's personal guaranty in its collection of the Total Loan Amount of $10,625,000.
- Enforcement of Johnson's personal guaranty in its collection of the Total Loan Amount of $10,625,000.
- Enforcement of Amar's personal guaranty in its collection of the Total Loan Amount of $10,625,000.
- Acceleration of the interest rate to 25%
- Sale of all condominiums and townhomes
- Sale of the real estate of 650 85TH, LLC
- Sale of the stock and the real and personal property of Holly Bluff Marina, Inc.
- Sale of the stock and the real and personal property of Recycled Group of South Carolina, LLC

If you have any questions regarding this matter, please feel free to contact me.

Respectfully,
DocuSigned by:
Alison Pitkanen, Esquire
CAC153A5D9D644D...

cc: IMQA