# EXHIBIT E

**ALISON PITKANEN LAW FIRM LLC**
**1980 N. Atlantic Ave, Suite 328, Cocoa Beach, FL 32931**
**Phone: (407) 449-0037**
**Email: alisonpitkanen@gmail.com**

January 9, 2024

Homemakers Real Estate, LLC
Horton S. Johnson
2875 S. Orange Ave.
STE 500 #6409

Sent US Mail and Via Email to Horton S. Johnson
wjohnsonbbf@gmail.com

RE: PEDIXON LLC ("PEDIXON") loan to Tiered Capital, Inc. ("Tiered") as consolidated and agreed upon in September 2023 (the "Consolidated Loan Agreement") for a total loan amount of Ten Million Six Hundred Twenty-Five Thousand Dollars and No/Cents ($10,625,000) (the "Total Loan Amount").

Dear Mr. Johnson:

As you have been previously informed, there have been numerous monetary and non-monetary defaults under the Consolidated Loan Agreement since November 1, 2023.

This shall serve as notification that PEDIXON has exercised its rights under the Consolidated Loan Agreement as to Homemakers Real Estate, LLC. As a result, Horton S. Johnson has agreed to relinquish control of all of its membership units.

As a result of the express monetary default, the undersigned has been authorized and directed to release the following unto PEDIXON: all membership units of Homemakers Real Estate, LLC.

Please execute the attached to acknowledge notification and agreement hereof, and I will release said assignment of membership units directly to PEDIXON.

If you have any questions regarding this matter, please feel free to contact me.

Respectfully,

Alison Pitkanen

Alison Pitkanen, Esquire

cc: PEDIXON, LLC