UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/11/2025 09:30 AM

COURTROOM 6D, 6th Floor

HONORABLE GRACE ROBSON

CASE NUMBER: FILING DATE:

**6:25-bk-02685-GER** **11** **05/05/2025**

**Chapter 11**

**DEBTOR:** Homemakers Real Estate, LLC

**DEBTOR ATTY:** **Frank Wolff**

**TRUSTEE:** **NA**

**HEARING:**

1) Initial Status Conference
2) ZPD's Motion to Dismiss Case for Lack of Corporate Authority (Doc #12)
Debtor's Response (Doc #24)
Debtor's EXHIBIT LIST (Doc #55)
ZPD's Reply in Support of Motion to Dismiss Bankruptcy Case (Doc #35)
3) Debtor's Motion to Determine Adequate Assurance for Payment of Utility Services or, in the Alternative, Establishing the Procedure for Determining Adequate Assurance (Doc #22) AMENDED (Doc #44)
Debtor's Declaration Re: of Ross Johnston in Support of Emergency Motions (Doc #46)
4) Tamamoi's Motion for Relief from Stay Re: 202 Ivory Coral Lane, Unit 206,303,305,402,403,404,503,504,505, Merritt Island, FL 32953 (Doc #29)
5) The Carton Family Trust's Motion for Relief from Stay Re: 2709 Cutlass Point Lane, Unit 104, Merritt Island, FL 32953 (Doc #33)
~6) Debtor's Emergency Motion to Use Cash Collateral (Doc #43)
Debtor's Notice of Filing Amended Proposed Cash Collateral Order (Doc #56)
Note:
341 concluded: 6/9/25
Claims Deadline: 7/14/25
Plan/DS Statement due: 9/2/25
Case Summary (Doc #8)
Amended Petition (Doc #42)
Schedules (Doc #36)
Related Case:
Homemakers Real Estate v. Beachside, Crescent Sound 25-ap-69

**APPEARANCES:**: Frank Wolff (Debtor Atty); Wanda Murray (US Trustee Atty); James Timko (ZPD Atty); Mah (Brevard Tax Atty); Justin Luna (Mainstreet Community Bank Atty); Audrey Dixon, Elizabeth Wulff (Tamamoi/Canton Family Atty);

**RULING:**
1) Initial Status Conference - cont. to June 23, 2025 at 10:00 am (AOCNFNG);

2) ZPD's Motion to Dismiss Case for Lack of Corporate Authority (Doc #12) - Under Advisement;

3) Debtor's Motion to Determine Adequate Assurance for Payment of Utility Services or, in the Alternative, Establishing the Procedure for Determining Adequate Assurance (Doc #22) AMENDED (Doc #44) - Granted:Order by WOLFF;

4) Tamamoi's Motion for Relief from Stay Re: 202 Ivory Coral Lane, Unit 206,303,305,402,403,404,503,504,505, Merritt Island, FL 32953 (Doc #29) - cont. to June 23, 2025 at 10:00 am (AOCNFNG);

5) The Carton Family Trust's Motion for Relief from Stay Re: 2709 Cutlass Point Lane, Unit 104, Merritt Island, FL 32953 (Doc #33) - cont. to June 23, 2025 at 10:00 am (AOCNFNG);

6) Debtor's Emergency Motion to Use Cash Collatera l (Doc #43) - Granted on an interim basis to 6/23/25; cont. to June 23, 2025 at 10:00 am:Order by WOLFF;
(gww).

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.