FILED ORL INTAKE - USBC
2026 PM3:10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:

HOMEMAKERS REAL ESTATE,
LLC,

      Debtor.

Case No. 6:25-bk-02685-GER

Chapter 11

## NOTICE OF FILING ORDER EXPANDING WARD'S CAPACITY TO PERSONALLY PROSECUTE BANKRUPTCY ACTIONS

In the light of the historic and continuing objections of the alleged creditors, not to mention the imposter trustee's counsel's efforts to deny me access to the courts, truncate the judicial record and obfuscate the truth, I requested the guardianship court expressly expand the restoration of my rights to self-representation to include other bankruptcy proceedings. The guardianship court approved that expansion yesterday.

I submit a copy of that order: Order Modifying March 25, 2026 Order Granting Petition for Partial Restoration of Capacity Specifically Allowing Ward to Personally Prosecute Bankruptcy Action, entered May 11, 2026, by the Honorable Mark S. Blechman, Circuit Judge, in the Guardianship of Frank

1



Amodeo, Case No. 48-2008-CP-001369-O, Ninth Judicial Circuit in and for

Orange County, Florida, Probate Division. (Exhibit A).


Respectfully submitted this 12th day of May, 2026.

Frank Amodeo, Pro Se
4409 Hoffner Avenue #348
Orlando, FL 32817
(407) 406-1315
flahome32801@gmail.com

2

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL
CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA
PROBATE DIVISION

IN RE: GUARDIANSHIP OF
FRANK AMODEO

CASE NO. 48-2008-CP-001369-O

_____/

## ORDER MODIFYING MARCH 25, 2026 ORDER GRANTING PETITION FOR PARTIAL RESTORATION OF CAPACITY SPECIFICALLY ALLOWING WARD TO PERSONALLY PROSECUTE BANKRUPTCY ACTION

THIS CAUSE, came to be considered by the Court upon the Guardians' Petition Modification of Order, it is determined that:

This Court ORDERS that the March 25, 20226 Order partially restoring Frank Amodeo's capacity to participate and prosecute his interests is expanded to include other bankruptcy matters involving Homemakers Real Estate, LLC as the debtor, including but not limited to the following cases 6:25-bk-05570-GR and 6:26-bk-01776-GER, as well as any other related bankruptcy matters in the Middle District of Florida

DONE and ORDERED in Orange County, Florida on the date shown on the electronic signature.

eSigned by Mark Blechman 05/11/2026 14:09:15 iU860ebw

MARK S. BLECHMAN
CIRCUIT JUDGE

If there are parties not receiving service through the Florida Courts e-filing Portal, counsel will serve a copy of the order via U.S. Mail to the non-efiling parties and file a certificate of service in the court file no later than three days from the date of this order.

Electronic Service List
Brian D Horwitz <bhorwitz@vaticlaw.com>
MYRA NICHOLSON Esquire <mnicholson@iaac.com>

Exhibit A

## CERTIFICATE OF SERVICE

I certify that on May 12, 2026, a true and correct copy of the foregoing

Notice and the attached Exhibit A was filed using the Court's CM/ECF system,

which will serve a copy on all counsel and parties of record who are registered

CM/ECF users.

Frank Amodeo, Pro Se

3