**ORDERED.**

**Dated: May 26, 2026**

_____

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Homemakers Real Estate, LLC | ) | Case No. 6:25-bk-02685-GER |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## ORDER SCHEDULING HEARING

THIS CASE came before the Court for entry of an appropriate order. On September 2, 2025, an involuntary petition for relief against Homemakers Real Estate, LLC was filed under Chapter 11 of the Bankruptcy Code, commencing Case No. 6:25-bk-05570-GER (the "Involuntary Case"). While the Involuntary Case remained pending and before an order for relief had been entered, Horton S. Johnson filed in this case the *Motion to Vacate Order Dismissing Case Pursuant to Federal Rules of Civil Procedure 60(b)(1), and 60(d)(3)* (Doc. No. 88) as well as the *Motion to Vacate Order Dismissing Case Pursuant to Federal Rule of Civil Procedure 60(b)(3) Based on Newly-Disclosed Misrepresentation by Kenneth G. Dixon* (Doc. No. 89) (collectively, the "Motions to Vacate"). On May 21, 2026, the Court entered an order for relief in the Involuntary Case.[1]

---

[1] *See Order (1) Denying Motion to Dismiss and Motion to Abstain, (2) Entering Order for Relief, and (3) Setting Deadlines* (Involuntary Case, Doc. No. 229).

The Court, having considered the Motions to Vacate and the Involuntary Case, it is **ORDERED**:

1.      A hearing is scheduled for **1:00 p.m. on June 9, 2026** (the "Hearing") at the George C. Young Federal Courthouse, 400 West Washington Street, Sixth Floor, Courtroom D, Orlando, Florida 32801.

2.      At the Hearing, the Court will determine whether the Motions to Vacate should be denied given that an order for relief has been entered in the Involuntary Case.

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties.

2