

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

### 06/09/2026 01:00 PM

### COURTROOM   6D, 6th Floor

**HONORABLE GRACE ROBSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|

**6:25-bk-02685-GER**          **11**          **05/05/2025**

**Chapter 11**

**DEBTOR:**          Homemakers Real Estate, LLC

**DEBTOR ATTY:   Frank Wolff**

**TRUSTEE:          NA**

**HEARING:**

1)   Johnson's Motion to Vacate Order Dismissing Case Pursuant to Federal Rules of Civil Procedure 60(b)(1), and 60(d)(3)   (Doc #88)

Pedixon's Omnibus Response (Doc #93)

H. Johnson's Reply (Doc #94)

2)   Johnson's Motion to Vacate Order Dismissing Case Pursuant to Federal Rule of Civil Procedure 60(b)(3) Based on Newly-Disclosed Misrepresentation by Kenneth G. Dixon (Doc #89)

Pedixon's Omnibus Response (Doc #93)

H. Johnson's Reply (Doc #94)

Note:

Order Scheduling Hearing (Doc #91)

**APPEARANCES:**: Matthew Liebert (Johnson Atty); James Timkco (Pedixon Atty);

**RULING:**

1)   Johnson's Motion to Vacate Order Dismissing Case Pursuant to Federal Rules of Civil Procedure 60(b)(1), and 60(d)(3) (Doc #88) -   cont. to July 14, 2026 at 2:00 pm (AOCNFNG);

2)   Johnson's Motion to Vacate Order Dismissing Case Pursuant to Federal Rule of Civil Procedure 60(b)(3) Based on Newly-Disclosed Misrepresentation by Kenneth G. Dixon   (Doc #89) -   cont. to July 14, 2026 at 2:00 pm (AOCNFNG);

 (gww).

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.