UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

HOMEMAKERS REAL ESTATE, LLC

Debtor.

CASE No. 6:25-bk-02685-GER
Chapter 11

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1.     The Honorable Grace E. Robson will conduct a preliminary hearing in this case on July 14, 2026 at 2:00 p.m. in Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street, Orlando, Florida on the following matter:

**MOTION TO STRIKE LATE FILED DOCUMENTS [DOC. NO. 97]**

2.     All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Robson's Hearing Procedures, available at https://www.flmb.uscourts.gov/judges/robson. Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at 407-237-8141 not later than 3 p.m. one business day before the date of the hearing to arrange to participate.

3.     Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4.     The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

6497540.v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of June 2026, a true and correct copy of the

foregoing Notice was served via U.S. First Class Mail or electronic transmission to:

**Debtor**
Homemakers Real Estate, LLC
2875 S. Orange Ave, Suite 500
#6409
Orlando, FL 32806

**Debtor's Counsel**
Frank M. Wolff
Nardella & Nardella, PLLC
135 W. Central Blvd., Ste 300
Orlando, FL 32801

**U.S. Trustee**
United States Trustee – ORL
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

**Counsel for U.S. Trustee**
Audrey M. Aleskovsky
DOJ-UST
United States Trustee
400 W. Washington St. Ste 1100
Orlando, FL 32801

and the parties-in-interest matrix attached hereto.

/s/ James A. Timko
James A. Timko, Esq.
Florida Bar No. 0088858
**DEAN, MEAD, EGERTON, BLOODWORTH,
CAPOUANO & BOZARTH, P.A.**
420 S. Orange Avenue, Suite 700
Orlando, Florida 32801
Telephone: 407-841-1200
Facsimile : 407-423-1831
Email: jtimko@deanmead.com
***Counsel for Pedixon LLC and ZPD LLC***

2

6497540.v1

Label Matrix for local noticing
113A-6
Case 6:25-bk-02685-GER
Middle District of Florida
Orlando
Tue Jun 23 08:59:01 EDT 2026

Brevard County Tax Collector
Brevard County Tax Collector
Attn:  Honorable Lisa Cullen, CFC
Post Office Box 2500
Titusville, FL 32781-2500

Martin C Flynn
14556 St Georges Hill Drive
Orlando, FL 32828-8035

Homemakers Real Estate, LLC
2875 S. Orange Ave, Suite 500
#6409
Orlando, FL 32806-5455

Mainstreet Community Bank
201 S. Orange Ave.
Suite 1400
Orlando, FL 32801-3483

Pedixon LLC
c/o James A. Timko, Esq.
Dean Mead Law Firm
420 S. Orange Avenue
Suite 700
Orlando, FL 32801-4911

Grace E. Robson
Orlando
, FL

THE CARTON FAMILY TRUST OF 1992 DATED OCTOBE
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092-2871

ZPD, LLC
c/o James A. Timko, Esq.
Dean Mead Law Firm
420 S. Orange Avenue
Suite 700
Orlando, FL 32801-4911

Brevard County
Tax Collector
1605 N. Courtenay Pkwy
Merritt Island, FL 32953-4338

Brevard County Tax Collector -
P.O. Box 2500
Titusville, FL 32781-2500

Brevard County Tax Collector
c/o Feibai Ma, Esq.
Winderweedle, Haines, Ward & Woodman, PA
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

Brevard County Tax Collector
c/o Heidi M. Mitchell, Esq.
Winderweedle, Haines, Ward & Woodman, PA
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

CONACHE, LLC and
CONACHE, LLC & Ocean Bank
Attn: Asset Based Lending
780 NW 42 Ave
Miami, FL 33126-5540

Canaveral Crossroads, LLC
c/o Pino Law Group
99 S. New York Ave
Winter Park, FL 32789-4233

Cape Crossing
Condominium Assocation, Inc
c/o Keystone Property Mngmnt
780 US Highway 1, Ste. 300
Vero Beach, FL 32962-1660

Cape Crossing
Condominium Association, Inc
c/o Keystone Property Mngmnt
780 US. Hwy 1, Ste. 300
Vero Beach, FL 32962-1660

Cape Crossing Condominium
Assocation, Inc.
202 Ivory Coral Lane
Merritt Island, FL 32953-4105

Cape Crossing Townhomes
Homeowners Association
c/o D. Johnathan Rhodeback
1565 US. Hwy 1
Sebastian, FL 32958-3895

Cape Crossing Townhomes
Homeowners Association, Inc
c/o Keystone Property Mngmnt
780 US. Hwy 1, Ste. 300
Vero Beach, FL 32962-1660

Cape Crossings Resort Mngmnt
c/o Keystone Property Mngmnt
780 U.S. Hwy 1, Ste. 300
Vero Beach, FL 32962-1660

Carton Family Trust of 1992
dated October 14, 1992
12910 Lomas Verdes Drive
San Diego, CA 92064-1250

Crescent Sound Ltd as
Trustee of Tiered Land Trust
c/o Alison Pitkaner, Esq.
1980N. Atlantic Ave Ste. 328
Cocoa Beach, FL 32931-3271

Cresent Sound LTD
1627 E. Vine Street
Suite E
Kissimmee, FL 34744-3719

Day Star One, LLC
623 SW 53rd Terrace
Cape Coral, FL 33914-6549

Feibai Ma, Esq.
Attorneys for Creditor Brevard
County Tax Collector
329 Park Avenue North, Second Floor
Winter Park, Florida 32789-7408

Florida Department
of Revenue
P.O. Box 7443
Tallahassee, FL 32314-7443

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

GellerRagans, CPA
110 N. Orange Ave
Orlando, FL 32801-2375

Horton 'Woody' Johnson
2523 Kissam Ct
Belle Isle, FL 32809-3587

Horton Johnson as Trustee of
the Horton S. Johnson Trust
2523 Kissam Ct
Belle Isle, FL 32809-3587

Horton S. Johnson
2523 Kissam Ct
Belle Isle, FL 32809-3587

Horton S. Johnson
2875 S. Orange Ave
Suite 500 #6409
Orlando, FL 32806-5455

IMQA Investments Inc
4409 Hoffner Ave #348
Orlando, FL 32812-2331

IPFS Corporation
1055 Broadway Blvd
11th Floor
Kansas City, MO 64105-2289

Internal Revenue Service -
P.O. Box 7346
Philadelphia, PA 19101-7346

Jetton Investments, Inc
2395 North Courtenay Pkwy
Suite 203
Merritt Island, FL 32953-4034

Kenneth Dixon
1627 E Vine Street
Suite E
Boynton Beach, FL 33474

Kenneth Dixon
c/o Tucker H. Bird, Esq.
180 N. Park Ave Ste. 2A
Winter Park, FL 32789-7401

Mainstreet Community Bank
204 S. Woodland Blvd
Deland, FL 32720-5414

Mainstreet Community Bank
c/o Justin M. Luna
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801-3483

Martin C. Flynn, Jr.
14556 St. Georges Hill Dr
Orlando, FL 32828-8035

Michael McPhillips
1575 Worley Ave
Merritt Island, FL 32952-2742

Nelson Mullins
Rile & Scarborough, LLP
390 N. Orange Ave
#1400
Orlando, FL 32801-1687

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

PEDIXION, LLC
1627 East Vine Street
Suite E
Kissimmee, FL 34744-3719

PEDIXON, LLC
c/o James A. Timko, Esq.
420 S. Orange Ave
Suite 700
Orlando, FL 32801-4911

TAMAMOI, LLC
Audrey J. Dixon, Esq.
McMichael Taylor Gray LLC
3550 Engineering Dr., Suite 260
Peachtree Corners, GA 30092-2871

THE CARTON FAMILY TRUST OF 1992 DATED OCTOBE
c/o Audrey J. Dixon, Esq.
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

THE CARTON FAMILY TRUST OF 1992 DATED OCTOBE
c/o McMichael Taylor Gray LLC
3550 Engineering Dr., Suite 260
Peachtree Corners, GA 30092-2871

Tamamoi, LLC
5060 SW Philomath Blvd #363
Corvallis, OR 97333-1044

Tamamoi, LLC
c/o Audrey J. Dixon
McMichael Taylor Gray
3550 Engineering Dr., Ste. 2
Peachtree Corners, GA 30092-2866

ZPD LLC
1627 East Vine Street
Suite E
Kissimmee, FL 34744-3719

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Horton Johnson

(u)TAMAMOI, LLC

(u)TIERED CAPITAL INC

(d) Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

(u) Note: Entries with a '+' at the end of the name have an email address on file in CMECF

--------------------------------------------

Note: Entries with a '-' at the end of the name have filed a claim in this case

End of Label Matrix
Mailable recipients    52
Bypassed recipients     5
Total                  57