UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

HOMEMAKERS REAL ESTATE, LLC

Debtor.

CASE No. 6:25-bk-02685-GER
Chapter 11

## AGREED MOTION TO WITHDRAW AS COUNSEL

> ### NOTICE AND OPPORTUNITY TO
> ### OBJECT AND REQUEST FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 14 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated.
>
> If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at George C. Young Federal Courthouse, 400 W. Washington Street, Suite 5100, Orlando, FL 32801 and serve a copy on the movant's attorney, James A. Timko, Dean Mead Law Firm, 420 S. Orange Avenue, Suite 700, Orlando, FL 32801, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

James A. Timko, Esquire with Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A., ("Counsel") requests to withdraw as counsel of record for Creditors, Pedixon LLC ("Pedixon") and ZPD LLC ("ZPD") and states:

1.  Counsel represents Creditors, Pedixon LLC and ZPD LLC.

6548737.v1

2. Counsel seeks to withdraw as counsel of record for Pedixon and ZPD. Counsel is no longer able to provide effective representation due to irreconcilable differences.

3. Pedixon's and ZPD's last known address, telephone number and email addresses are as follows:

    a. Pedixon LLC
       1627 East Vine Street, Suite E
       Kissimmee, Florida 34744
       407-931-0400
       kendixon@lelandenterprisesinc.com

    b. ZPD LLC
       1627 East Vine Street, Suite E
       Kissimmee, Florida 34744
       407-931-0400
       kendixon@lelandenterprisesinc.com

4. Pedixon and ZPD have agreed to the relief requested.

WHEREFORE, Counsel requests that the Court enter an order authorizing Counsel to withdraw as counsel of record for Creditors, Pedixon LLC and ZPD LLC and for such further relief as the Court deems appropriate.

Dated: July 15, 2026

/s/ James A. Timko
James A. Timko, Esq.
Florida Bar No. 0088858
**DEAN, MEAD, EGERTON, BLOODWORTH, CAPOUANO & BOZARTH, P.A.**
420 S. Orange Avenue, Suite 700
Orlando, FL 32801
Telephone:    407-841-1200
Facsimile:    407-423-1831
Emails:    jtimko@deanmead.com
           mgodek@deanmead.com
**Counsel to Pedixon LLC and ZPD LLC**

6548737.v1

## PROOF OF SERVICE

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on July 15, 2026 to:

***Debtor***
Homemakers Real Estate, LLC
2875 S. Orange Ave, Suite 500
#6409
Orlando, FL 32806

***Debtor's Counsel***
Frank M. Wolff
Nardella & Nardella, PLLC
135 W. Central Blvd., Ste 300
Orlando, FL 32801
fwolff@nardellalaw.com

***U.S. Trustee***
United States Trustee – ORL
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

***Counsel for U.S. Trustee***
Audrey M. Aleskovsky
DOJ-UST
United States Trustee
400 W. Washington St. Ste 1100
Orlando, FL 32801
Audrey.M.Aleskovsky@usdoj.gov

***Clients***
Pedixon LLC
Ken Dixon
1627 E. Vine Street, Suite E
Kissimmee, FL 34744

ZPD LLC
Ken Dixon
1627 E. Vine Street, Suite E
Kissimmee, FL 34744

and the parties-in-interest matrix attached hereto.

6548737.v1

*/s/ James A. Timko*

James A. Timko, Esq.
Florida Bar No. 0088858
**DEAN, MEAD, EGERTON, BLOODWORTH,
CAPOUANO & BOZARTH, P.A.**
420 S. Orange Avenue, Suite 700
Orlando, FL 32801
Telephone:    407-841-1200
Facsimile:     407-423-1831
Emails:         jtimko@deanmead.com
                    mgodek@deanmead.com
**Counsel to Pedixon LLC and ZPD LLC**

6548737.v1

Label Matrix for local noticing
113A-6
Case 6:25-bk-02685-GER
Middle District of Florida
Orlando
Tue Jul 14 10:44:20 EDT 2026

Frank Amodeo
1311 Hoffner Avenue
Orlando, FL 32809-3515

Brevard County Tax Collector
Brevard County Tax Collector
Attn: Honorable Lisa Cullen, CFC
Post Office Box 2500
Titusville, FL 32781-2500

Martin C Flynn
14556 St Georges Hill Drive
Orlando, FL 32828-8035

Homemakers Real Estate, LLC
2875 S. Orange Ave, Suite 500
#6409
Orlando, FL 32806-5455

Mainstreet Community Bank
201 S. Orange Ave.
Suite 1400
Orlando, FL 32801-3483

Pedixon LLC
c/o James A. Timko, Esq.
Dean Mead Law Firm
420 S. Orange Avenue
Suite 700
Orlando, FL 32801-4911

Grace E. Robson
Orlando
, FL

THE CARTON FAMILY TRUST OF 1992 DATED OCTOBE
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092-2871

ZPD, LLC
c/o James A. Timko, Esq.
Dean Mead Law Firm
420 S. Orange Avenue
Suite 700
Orlando, FL 32801-4911

Brevard County
Tax Collector
1605 N. Courtenay Pkwy
Merritt Island, FL 32953-4338

Brevard County Tax Collector -
P.O. Box 2500
Titusville, FL 32781-2500

Brevard County Tax Collector
c/o Feibai Ma, Esq.
Winderweedle, Haines, Ward & Woodman, PA
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

Brevard County Tax Collector
c/o Heidi M. Mitchell, Esq.
Winderweedle, Haines, Ward & Woodman, PA
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

CONACHE, LLC and
CONACHE, LLC & Ocean Bank
Attn: Asset Based Lending
780 NW 42 Ave
Miami, FL 33126-5540

Canaveral Crossroads, LLC
c/o Pino Law Group
99 S. New York Ave
Winter Park, FL 32789-4233

Cape Crossing
Condominium Assocation, Inc
c/o Keystone Property Mngmnt
780 US Highway 1, Ste. 300
Vero Beach, FL 32962-1660

Cape Crossing
Condominium Association, Inc
c/o Keystone Property Mngmnt
780 US. Hwy 1, Ste. 300
Vero Beach, FL 32962-1660

Cape Crossing Condominium
Assocation, Inc.
202 Ivory Coral Lane
Merritt Island, FL 32953-4105

Cape Crossing Townhomes
Homeowners Association
c/o D. Johnathan Rhodeback
1565 US. Hwy 1
Sebastian, FL 32958-3895

Cape Crossing Townhomes
Homeowners Association, Inc
c/o Keystone Property Mngmnt
780 US. Hwy 1, Ste. 300
Vero Beach, FL 32962-1660

Cape Crossings Resort Mngmnt
c/o Keystone Property Mngmnt
780 U.S. Hwy 1, Ste. 300
Vero Beach, FL 32962-1660

Carton Family Trust of 1992
dated October 14, 1992
12910 Lomas Verdes Drive
San Diego, CA 92064-1250

Crescent Sound Ltd as
Trustee of Tiered Land Trust
c/o Alison Pitkaner, Esq.
1980N. Atlantic Ave Ste. 328
Cocoa Beach, FL 32931-3271

Cresent Sound LTD
1627 E. Vine Street
Suite E
Kissimmee, FL 34744-3719

Day Star One, LLC
623 SW 53rd Terrace
Cape Coral, FL 33914-6549

Feibai Ma, Esq.
Attorneys for Creditor Brevard
County Tax Collector
329 Park Avenue North, Second Floor
Winter Park, Florida 32789-7408

Florida Department
of Revenue
P.O. Box 7443
Tallahassee, FL 32314-7443

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

GellerRagans, CPA
110 N. Orange Ave
Orlando, FL 32801-2375

Horton 'Woody' Johnson
2523 Kissam Ct
Belle Isle, FL 32809-3587

Horton Johnson as Trustee of
the Horton S. Johnson Trust
2523 Kissam Ct
Belle Isle, FL 32809-3587

Horton S. Johnson
2523 Kissam Ct
Belle Isle, FL 32809-3587

Horton S. Johnson
2875 S. Orange Ave
Suite 500 #6409
Orlando, FL 32806-5455

IMQA Investments Inc
4409 Hoffner Ave #348
Orlando, FL 32812-2331

IPFS Corporation
1055 Broadway Blvd
11th Floor
Kansas City, MO 64105-2289

Internal Revenue Service -
P.O. Box 7346
Philadelphia, PA 19101-7346

Jetton Investments, Inc
2395 North Courtenay Pkwy
Suite 203
Merritt Island, FL 32953-4034

Kenneth Dixon
1627 E Vine Street
Suite E
Boynton Beach, FL 33474

Kenneth Dixon
c/o Tucker H. Bird, Esq.
180 N. Park Ave Ste. 2A
Winter Park, FL 32789-7401

Mainstreet Community Bank
204 S. Woodland Blvd
Deland, FL 32720-5414

Mainstreet Community Bank
c/o Justin M. Luna
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801-3483

Martin C. Flynn, Jr.
14556 St. Georges Hill Dr
Orlando, FL 32828-8035

Michael McPhillips
1575 Worley Ave
Merritt Island, FL 32952-2742

Nelson Mullins
Rile & Scarborough, LLP
390 N. Orange Ave
#1400
Orlando, FL 32801-1687

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

PEDIXION, LLC
1627 East Vine Street
Suite E
Kissimmee, FL 34744-3719

PEDIXON, LLC
c/o James A. Timko, Esq.
420 S. Orange Ave
Suite 700
Orlando, FL 32801-4911

TAMAMOI, LLC
Audrey J. Dixon, Esq.
McMichael Taylor Gray LLC
3550 Engineering Dr., Suite 260
Peachtree Corners, GA 30092-2871

THE CARTON FAMILY TRUST OF 1992 DATED OCTOBE
c/o Audrey J. Dixon, Esq.
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

THE CARTON FAMILY TRUST OF 1992 DATED OCTOBE
c/o McMichael Taylor Gray LLC
3550 Engineering Dr., Suite 260
Peachtree Corners, GA 30092-2871

Tamamoi, LLC
5060 SW Philomath Blvd #363
Corvallis, OR 97333-1044

Tamamoi, LLC
c/o Audrey J. Dixon
McMichael Taylor Gray
3550 Engineering Dr., Ste. 2
Peachtree Corners, GA 30092-2866

ZPD LLC
1627 East Vine Street
Suite E
Kissimmee, FL 34744-3719

Frank M Wolff +
Nardella & Nardella. PLLC
135 W. Central Blvd
Suite 300
Orlando, FL 32801-2435

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Justin M Luna +
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Ave., Suite 1400
Orlando, FL 32801-3483

Lindsey A Savastano +
McMichael Taylor Gray, LLC
3550 Engineering Drive
Ste 260
Peachtree Corners, GA 30092-2871

James Timko +
Dean, Mead, Egerton, Bloodworth, Capouan
420 S Orange Avenue
Suite 700
Orlando, FL 32801-4911

Audrey M Aleskovsky +
DOJ-Ust
Office of the United States Trustee
George C. Young Federal Building and Cou
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Scott R Rost +
Brennan, Manna & Diamond, P.L.
301 East Pine Street
Ste 500
Orlando, FL 32801-2774

Heidi Mitchell +
Winderweedle, Haines, Ward & Woodman, P.
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

Feibai Ma +
Winderweedle, Haines, Ward & Woodman, P.
329 Park Avenue North
Second Floor
Winter Park, FL 32789-7408

Matthew Leibert +
Urban Thier & Federer, P.A.
5782A S. Semoran Blvd.
Orlando, FL 32822-4819

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Horton Johnson

(u)TAMAMOI, LLC

(u)TIERED CAPITAL INC

(d)Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    63
Bypassed recipients     5
Total                  68