**ORDERED.**

**Dated: July 20, 2026**

_____
Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Homemakers Real Estate, LLC, | ) | Case No. 6:25-bk-02685-GER |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## ORDER DENYING MOTIONS

THIS CASE came before the Court on July 14, 2026 at 2:00 p.m. (the "Hearing") where the Court announced its ruling with respect to the Motions to Vacate[1] filed by Horton S. Johnson. Also pending as of the Hearing were the Motion to Strike[2] filed by PEDIXON[3] and the Amodeo Motions[4] filed by Frank L. Amodeo. For the reasons stated on the record, the Court **ORDERS** as follows:

1.      The Motions to Vacate (Doc. Nos. 88 and 89) are **DENIED**.

2.      The Motion to Strike (Doc. No. 97) is **DENIED**.

---

[1] The _Motion to Vacate Order Dismissing Case Pursuant to Federal Rules of Civil Procedure 60(b)(1), and 60(d)(3)_ (Doc. No. 88) and the _Motion to Vacate Order Dismissing Case Pursuant to Federal Rule of Civil Procedure 60(b)(3) Based on Newly-Disclosed Misrepresentation by Kenneth G. Dixon_ (Doc. No. 89) are collectively referred to as the "Motions to Vacate."

[2] _Motion to Strike Late Filed Documents_ (the "Motion to Strike") (Doc. No. 97).

[3] PEDIXON LLC and ZPD, LLC are collectively referred to as "PEDIXON."

[4] _Frank L. Amodeo's Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011_ (Doc. No. 100) and _Frank L. Amodeo's Motion for an Evidentiary Hearing on this Court's Subject-Matter Jurisdiction Over the Pedixon and ZPD Claims_ (Doc. No. 102) are collectively referred to as the "Amodeo Motions."

2

3. The Amodeo Motions (Doc. Nos. 100 and 102) are **DENIED AS MOOT**.

4. Any other pending requests for relief are **DENIED AS MOOT**.

5. The Court retains jurisdiction to issue findings of fact and conclusions of law at a later date to supplement this Order.[5]

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties.

---

[5] *See Educ. Credit Mgmt. Corp. v. Mosley (In re Mosley)*, 494 F.3d 1320, 1328 (11th Cir. 2007).