**ORDERED.**

**Dated: August 14, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

CASE No. 6:25-bk-02685-GER
Chapter 11

HOMEMAKERS REAL ESTATE, LLC,

Debtor.

**ORDER GRANTING AGREED MOTION TO WITHDRAW AS COUNSEL**

This case came to be heard without hearing on Agreed Motion to Withdraw as Counsel of record for Pedixon, LLC and ZPD, LLC filed July 15, 2026 (Doc. No. 105), in accordance with the negative notice pursuant to Local Rule 2002-4. No party objected to the notice and opportunity to object and request a hearing. Accordingly, it is

**ORDERED:**

1. The Agreed Motion to Withdraw as Counsel is **GRANTED**.

2. James A. Timko, Esquire and Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A. are relieved of any further responsibility as counsel of record for Pedixon, LLC and ZPD, LLC in this matter.

3. Pending appearances by substitute counsel, all pleadings and other papers should be served on Pedixon, LLC and ZPD, LLC at the following address which is the last known address for both entities: Ken Dixon, Manager, 1627 East Vine Street, Suite E, Kissimmee, Florida 34744, kendixon@lelandenterprisesinc.com.

# # #

Attorney James A. Timko is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of the entry of this order.